ROGER A. CONVERSE, Respondent, *v.* WILLIAM H. SCHMIDLAPP, Appellant.

Argued April 19, 1943; decided May 27, 1943.

*Walter H. Liebman* and *Herbert Robinson* for appellant.
*John F. Dooling, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.